## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2011–0035.   State ex rel. Deal v. Cunningham.**
Franklin App. No. 10AP–142, 2010-Ohio-6175.
    The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):